IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-0576-LTB

**BILL LIETZKE**,

    Plaintiff,

v.

**CITY OF MONTGOMERY**; and
**TODD STRANGE**,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Bill Lietzke, resides in Montgomery, Alabama.  He initiated this action on March 20, 2015 by filing a Complaint pursuant to 42 U.S.C. § 1983 against the City of Montgomery, Alabama and Todd Strange.  Plaintiff complains about his detention by Montgomery Alabama police.  Neither the Plaintiff nor Defendants reside in Colorado.  Furthermore, the Complaint does not contain any allegations to indicate that the acts complained of occurred in the District of Colorado.  Mr. Lietzke also filed an Application to Proceed in District Court Without Prepaying Fees or Costs (ECF No. 3).

    On March 20, 2015, Magistrate Judge Gallagher issued an Order to Show Cause directing Plaintiff to show cause in writing within thirty (30) days why this action should not be dismissed without prejudice for improper venue (ECF No. 5).  Magistrate Judge Gallagher warned Applicant that the action would be dismissed without further notice if he failed to respond to the Order to Show Cause within thirty days.  Because Applicant has failed to comply with the March 20, 2015 Order within the time allowed the action will be dismissed.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this order is not taken in good faith, and, therefore, *in forma pauperis* status is denied for the purpose of appeal.  *See Coppedge v. United States*, 369 U.S. 438 (1962).  If Applicant files a notice of appeal he must also pay the full $505.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.  Accordingly, it is

**ORDERED** that the action is dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.  It is

**FURTHER ORDERED** that all pending motions are denied as moot.  It is

**FURTHER ORDERED** that leave to proceed *in forma pauperis* on appeal is denied.

DATED at Denver, Colorado, this   28th   day of    April          , 2015.

BY THE COURT:

　　s/Lewis T. Babcock  
LEWIS T. BABCOCK, Senior Judge  
United States District Court